```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 31663
   ANDREW C NAREHOOD
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1029

------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/25/2004 and was confirmed 11/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 07/29/2008.
------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE SECURED               .00          .00         .00
ONYX ACCEPTANCE CORP     SECURED           3375.00       173.30     3375.00
ONYX ACCEPTANCE CORP     UNSECURED         1494.09          .00      149.41
WELLS FARGO HOME MORTGAG CURRENT MORTG         .00          .00         .00
SCHOTTLER & ZUKOSKY      PRIORITY       NOT FILED           .00         .00
CITIBANK                 NOTICE ONLY    NOT FILED           .00         .00
BANK ONE                 NOTICE ONLY    NOT FILED           .00         .00
AT & T BANKRUPCTY        UNSECURED      NOT FILED           .00         .00
NCM TRUST                UNSECURED         13583.94         .00     1358.39
ROUNDUP FUNDING LLC      UNSECURED          7326.39         .00      732.64
RESURGENT ACQUISITION LL UNSECURED         18351.90         .00     1835.19
CITICARDS                NOTICE ONLY    NOT FILED           .00         .00
BANK OF AMERICA          NOTICE ONLY    NOT FILED           .00         .00
BANK ONE                 NOTICE ONLY    NOT FILED           .00         .00
CITIBANK                 NOTICE ONLY    NOT FILED           .00         .00
ECAST SETTLEMENT CORP    UNSECURED          7657.84         .00      765.78
BANK ONE                 NOTICE ONLY    NOT FILED           .00         .00
MBNA                     NOTICE ONLY    NOT FILED           .00         .00
WELLS FARGO HOME MORTGAG MORTGAGE ARRE       680.40         .00      680.40
ROUNDUP FUNDING LLC      UNSECURED          5719.57         .00      571.96
RESURGENT ACQUISITION LL UNSECURED         12875.58         .00     1287.56
*SCHOTTLER & ZUKOSKY     DEBTOR ATTY        2,000.00               2,000.00
TOM VAUGHN               TRUSTEE                                     799.97
DEBTOR REFUND            REFUND                                       70.40

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             13,800.00

PRIORITY                                      .00

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 31663 ANDREW C NAREHOOD
```

```
SECURED                                                     4,055.40
    INTEREST                                                  173.30
UNSECURED                                                   6,700.93
ADMINISTRATIVE                                              2,000.00
TRUSTEE COMPENSATION                                          799.97
DEBTOR REFUND                                                  70.40
                                     ---------------   ---------------
TOTALS                                     13,800.00         13,800.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 10/29/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE